# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

In re: Warren Conley Coon § Case No. 8:09-bk-21114-CPM
      Coleen Lynn Coon §
                     Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jon M Waage, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 09/21/2009.

2) The plan was confirmed on 04/13/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/07/2010.

5) The case was dismissed on 06/14/2010.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,617.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 920.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 920.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 828.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 92.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 920.00 |
| Attorney fees paid and disclosed by debtor: | $ 1,400.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE | Pri | 2,333.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Pri | 4,085.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Pri | 666.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Pri | 2,072.00 | NA | NA | 0.00 | 0.00 |
| STUDENT LOAN MTG ASSN | Pri | 7,500.00 | NA | NA | 0.00 | 0.00 |
| ANKLE & FOOT CENTER | Uns | 153.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Uns | 801.00 | NA | NA | 0.00 | 0.00 |
| ARGENT | Uns | 883.00 | NA | NA | 0.00 | 0.00 |
| BABAT KATZ SAMUELSON | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| BRODRICK ER SVCS | Uns | 757.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 2,157.00 | NA | NA | 0.00 | 0.00 |
| CNAC FL 120 | Uns | 5,342.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| DOCTORS WALK IN CLINIC | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| FL ORTHOPADIC INST | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| FL MEDICAL CLINIC | Uns | 39.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINL SOL | Uns | 1,340.00 | NA | NA | 0.00 | 0.00 |
| GROW FINL FCU | Uns | 284.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GULF COAST COLL | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| HEALTH SOUTH | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| HEALTH SOUTH | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| MHC CHILDRENS CRISIS CNT | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| MHC INC | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM ANESTHESIA | Uns | 187.00 | NA | NA | 0.00 | 0.00 |
| MTC 1 INC | Uns | 10,258.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS TECO | Uns | 1,495.00 | NA | NA | 0.00 | 0.00 |
| REMINGTON APT HOMES | Uns | 3,493.00 | NA | NA | 0.00 | 0.00 |
| SELECT MEDICAL CORP | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| SPINECARE ASSOC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Uns | 935.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSP | Uns | 1,107.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH HOSP | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| TAMPA BAY EMERG PHY | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| TEST MED VACINATION | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| TIME WARNER CABLE | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| TOWER IMAGING INC | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| TOWER IMAGING INC | Uns | 9.00 | NA | NA | 0.00 | 0.00 |
| TOWER IMAGING INC | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| TOWER IMAGING INC | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MC | Uns | 1,361.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE MC | Uns | 1,495.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| UMSA UNIV MED SVCS | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| UNICOM ANES ASSOC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| UNIV COMM HOSP | Uns | 330.00 | NA | NA | 0.00 | 0.00 |
| UNIV COMM HOSP | Uns | 628.00 | NA | NA | 0.00 | 0.00 |
| UNIV DIAGNOSTICS | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| USF HEALTH | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| USF HEALTH | Uns | 88.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| USF PHYSICIANS GROUP UMSA | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| USF PHYSICIANS GROUP UMSA | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| USF PHYSICIANS GROUP UMSA | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| USF PHYSICIANS GROUP UMSA | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| USF PHYS GROUP | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| VERIZON FL | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| VIPUL V KABARIA MD | Uns | 41.00 | NA | NA | 0.00 | 0.00 |
| Jamie K. Proctor, Esq. | Lgl | 0.00 | 3,200.00 | 3,200.00 | 828.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 0.00 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 920.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 920.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  09/02/2010                    By:  /s/ Jon M Waage
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.